

FILED
3/14/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG

24CR142

JUDGE CUMMINGS
MAGISTRATE JUDGE VALDEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL BENTLEY

Case No.

Violation: Title 21, United States Code, Section 841(a)(1)

## COUNT ONE

The SPECIAL JANUARY 2023 GRAND JURY charges:

On or about May 14, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

MICHAEL BENTLEY,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about November 6, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

### MICHAEL BENTLEY,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THREE**

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about December 12, 2019, at Chicago, in the Northern District of Illinois, Eastern Division,

### MICHAEL BENTLEY,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about December 16, 2019, at Oak Park, in the Northern District of Illinois, Eastern Division,

### MICHAEL BENTLEY,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

4

## COUNT FIVE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about January 7, 2020, at Evanston, in the Northern District of Illinois, Eastern Division,

MICHAEL BENTLEY,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about January 20, 2020, at Niles, in the Northern District of Illinois, Eastern Division,

### MICHAEL BENTLEY,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about February 10, 2020, at Niles, in the Northern District of Illinois, Eastern Division,

### MICHAEL BENTLEY,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT EIGHT**

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about February 14, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

### MICHAEL BENTLEY,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

The SPECIAL JANUARY 2023 GRAND JURY further charges:

On or about February 18, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

### MICHAEL BENTLEY,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I Controlled Substance, a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Andrew C. Erskine on behalf of the
ACTING UNITED STATES ATTORNEY

9