UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 24 CR 142 |
| v. | |
| MICHAEL BENTLEY | Judge Jeffrey I. Cummings |

**UNOPPOSED MOTION FOR ENTRY OF
PROTECTIVE ORDER GOVERNING DISCOVERY**

Pursuant to Fed. R. Crim. P. 16(d), the United States of America, by MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, moves for the entry of an unopposed protective order, and in support thereof states as follows:

1.     The indictment in this case charges defendant with possessing with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.     The discovery to be provided by the government in this case includes sensitive information, including information about uncharged individuals, whose unrestricted dissemination could adversely affect law enforcement interests and the privacy interests of third parties.

3.     The government has discussed the proposed protective order with counsel for defendant, who does not oppose the entry of the proposed order.

WHEREFORE, the government respectfully moves this Court to enter the proposed protective order.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:   /s/ *Erin Kelly*
ERIN KELLY
Assistant U.S. Attorney
219 South Dearborn St., Rm. 500
Chicago, Illinois 60604
(312) 886-9083

Dated: March 26, 2024

2