UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL BENTLEY

No. 24 CR 142

Judge Jeffrey I. Cummings

## GOVERNMENT'S UNOPPOSED MOTION TO EXCLUDE TIME

The UNITED STATES OF AMERICA, by and through its attorney ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, moves to exclude time under the Speedy Trial Act through February 17, 2026, the date of the scheduled sentencing hearing. Defendant Michael Bentley does not oppose the request.

1.      On or about March 14, 2024, the grand jury charged defendant with possessing with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(1) (Counts One through Nine). Dkt. 1. By agreement of the parties, defendant was released on bond with conditions.

2.      On September 23, 2025, the Court held a change of plea hearing with respect to Count Nine. Dkt. 32. The Court performed a plea colloquy and deferred acceptance of defendant's guilty plea until the originally scheduled sentencing date of December 17, 2025. Dkt. 32. On November 17, 2025, the Court granted defendant's request to continue the sentencing hearing to February 17, 2026. Dkt. 38.

3.      Because the Court took the plea agreement under advisement, the government seeks the continued exclusion of time under the Speedy Trial Act through

February 17, 2026, the scheduled sentencing date. Time should be excluded in the interest of justice because defendant completed a change of plea colloquy, and this Court has scheduled a sentencing hearing. 18 U.S.C. § 3161(h)(1)(1), (h)(7)(A) & (B)(i),(iv). In addition, 18 U.S.C. § 3161(h)(1)(1) provides for the exclusion of "delay resulting from the consideration of the court of a proposed plea agreement to be entered into by the defendant and the attorney for the government," which is the situation here. The government conferred with defense counsel, who agrees that time should continue to be excluded.

### **CONCLUSION**

WHEREFORE, for the reasons stated above, the government seeks to exclude time under the Speedy Trial Act through February 17, 2026.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:  s/ *Erin Kelly*
ERIN KELLY
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604

2